# CHAMBERS COPY – MAG. JUDGE LARSON- DO NOT FILE

Kevin S. Simon (State Bar No. 168467)
Jennifer K. Achtert (State Bar No. 197263)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, California  94111-3712
Telephone:  (415) 490-9000
Facsimile:   (415) 490-9001
E-mail:  ksimon@laborlawyers.com
E-mail:  Jachtert@laborlawyers.com

Attorneys for Defendant
PAC PIZZA, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RAKESH CHRISTIAN, | Civil Action No. |
| Plaintiff, | **DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION** |
| vs. | |
| PAC PIZZA, LLC; | |
| Defendant. | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1331, 1441 and 1446 Defendant, PAC PIZZA, LLC, ("Defendant" or "Pac Pizza"), by and through undersigned counsel, files this notice of removal of a civil action from the Superior Court of Alameda County, State of California (the "State Court") to this Court on the following grounds:

1.    On October 22, 2007, Plaintiff filed a Complaint in State Court styled Rakesh Christian v. Pac Pizza, LLC, Civil Action File No. 07352524 ("Complaint").

2.    On November 9, 2007, Defendant Pac Pizza was served with a copy of the Complaint and Summons.

3.      In accordance with 28 U.S.C. §1446(a), a true copy of all pleadings, process, and orders served upon Defendant are attached hereto as Exhibit A.

4.      The subject action is a civil action in which Plaintiff alleges that he is "suing for unlimited amount of damages occurred due to Pac Pizza's racial and religiouse [sic] harassment & ultimate discrimination . . .." See Exhibit A, Complaint, p. 1. Plaintiff's Complaint also includes the "Notice of Right to Sue" issued to Plaintiff by the U.S. Equal Employment Opportunity Commission on September 17, 2007, fewer than ninety days before Plaintiff filed his Complaint. Pursuant to the Federal notice pleading standards, Plaintiff's self-titled "Discrimination" Complaint alleges violations of Title VII of the Civil Rights Act of 1964, as amended, 42. U.S.C. §§2000e, et seq. See Complaint, attached hereto as part of Exhibit A.

6.      Pursuant to 28 U.S.C. §1331, this Court has original jurisdiction over all actions arising under the laws of the United States. As Plaintiff has alleged violations of federal law, this case presents federal questions, and the Court has original jurisdiction over Plaintiff's federal claims.

7.      Pursuant to 28 U.S.C. §1367(a), this Court has supplemental jurisdiction over any California state law claims asserted by Plaintiff in the Complaint because such claims, if any, are so related to the federal claims alleged as to form part of the same case or controversy, and they arise from a common nucleus of operative facts as Plaintiff's federal claims, in that all claims arise out of Plaintiff's employment with Pac Pizza. To the Defendant's knowledge, the California Department of Fair Employment and Housing has not issued to Plaintiff any right to sue notice in connection with any charge of discrimination concerning Plaintiff's employment with Pac Pizza.

8.      Removal of this action is proper pursuant to 28 U.S.C. §§1441(a) and (b), and this Notice of Removal is timely filed under 28 U.S.C. §1446(b).

9.      Pursuant to 28 U.S.C. §1446(d), promptly after the filing of this Notice of Removal, Defendant will file in the State Court Defendant's Notice of Filing Notice of Removal with a copy of this Notice of Removal attached thereto. A copy of Defendant's Notice of Filing Notice of Removal is attached hereto as Exhibit B. Further, Defendant has

1    sent to Plaintiff a copy of this Notice of Removal, and will promptly send to Plaintiff a copy of

2    Defendant's Notice of Filing Notice of Removal.

3         10.     Pursuant to 28 U.S.C. Section 1391(a)(3) and Civil Local Rule 3-2(d), venue is

4    proper in either the San Francisco Division or the Oakland Division of the United States

5    District Court for the Northern District of California, because a substantial part of the alleged

6    events giving rise to the claims in the Complaint occurred in the County of Alameda.

7

8         **WHEREFORE**, Defendant, by counsel, hereby give notice pursuant to 28 U.S.C.

9    § 1446 of the removal of this action, and all the claims therein, from the Superior Court of

10    Alameda County, State of California.

11

12    Dated: December 7, 2007          Respectfully submitted,
                                   FISHER & PHILLIPS LLP

13

14                                 By: _____

15                                       Jennifer Achtert
                                   Attorneys for Defendant

16                                       PAC PIZZA, LLC

17

18

19

20

21

22

23

24

25

26

27

28

---

# EXHIBIT A

SUM-100

## SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* PAC PIZZA LLC
220 Porter Az Suit#100
San Ramon CA 94538

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTA DEMANDANDO EL DEMANDANTE):*
Rakesh Christian
22174 Peralta St   Hayward ca 94541

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
FILED
ALAMEDA COUNTY

OCT 2 2 2007

CLERK OF THE SUPERIOR COURT
By Tasha Perry, Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of CA. County of Alam
1225 Fallon St
Oakland ca 94612

CASE NUMBER:
(Número del Caso): RG 07352524

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DATE: OCT 2 2 2007    Pat S. Sweeten   Clerk, by _____ Tasha Perry _____, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* PAC PIZZA LLC

   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)        ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

RAKESH CHRISTIAN
22174 PERALTA ST
HAYWARD CA 94541
(510-537-1674
PRO PER

*5879501*

**ENDORSED
FILED
ALAMEDA COUNTY**

OCT 2 2 2007

CLERK OF THE SUPERIOR COURT
By Tasha Perry, Deputy

1
2
3
4
5
6        SUPERIOR COURT OF CALIFORNIA
7      IN AND FOR THE COUNTY OF ALAMEDA
8
9 Attorney for Plaintiff(s) / Defendant(s) or in Pro Per
10 Rakesh Christian
11 22174 Peralta St.
12 Hayward, CA 94541
13
14 NAME OF PLAINTIFF(S),
15       Plaintiff(s)
16 Rakesh Christian
17
18
19       VS
20 NAME OF DEFENDANT(S)
21      Defendant(s)
22 Pac Pizza, LLC
23
24
25
26
27
28

Case Number: RG 0 7 3 5 2 5 2 4

TITLE OF DOCUMENT

DISCRIMINATION

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Rakesh Christian<br>22174 Pasalta Street<br>Hayward, CA 94541 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 555-2007-00452 | Judy Furukawa,<br>Personnel Mgmt Specialist | (415) 625-5815 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Michael Baldonado*                    9/17/07

H. Joan Ehrlich,                    (Date Mailed)
District Director

Enclosures(6)

cc:    Kevin S. Simon, Esq.
**FISHER AND PHILLIPS, LLP**
**1000 Marquette Building**
140 So. Dearborn Street
Chicago, IL 60603

29   1.) Dear Judge, respected Sir/Mam

30   I (Rakesh Christian) am suing for unlimited amount for damages occured, due to

31   Pac Pizza's racial and religiouse harrassment & ultimate discrimination created

32   physical, and mental stress, financial disaster.......simply humiliated, abuse, and

33   destroyed my carreer and life.

34   Under Director of operations of Pac Pizza (220 Portez Dr. San Ramon Ca. 94538)

35   Mr. Tanzeer Ahmed and party simply forgot honesty, dignity, and abused the Law

36   and power due to Pac Pizza thinks they have money so they can do so, to human

37   like me, Rakesh Christian. I Rakesh Christian was victimized with humiliation,

38   harrassment, and continuous discrimination.

39   2.) respected Sir / Mam, please see attached copies of Ultimate Performance under

40   ( Director of Operations of Pac Pizza Mr. Tanzeer Ahmed) how Pac Pizza

41   discriminate towards me, several times and destroyed me! Abuse me. Please see

42   attached copies of Pac Pizza has bias policy racist and abuse (total page of 419)

43   Please justify me, promptly so Pac Pizza will realize: Don't abuse the law in the

44   future. Thank you very much for your time. May God Bless you,

45   Sincerly, truly yours,

46   _____

      Rakesh Christian

47

48

49

50

51

52

53

54

55

56

57

Dear respected Sir/Madam:

- I, "Rakesh Christian" on March 30th, 2000 started work at Pac Pizza, with big hope, because it's the only company that has hundred plus stores.
- I, "Rakesh Christian" had worked hard, suffered and sacrificed my family life
- Several times I have worked from Open to Close, to make company "Pac Pizza" profitable
- Pac Pizza never paid me for sacrifice. For over times such as 60 to 70 hours a week. Never paid for all the National Holidays worked
- With pain in the heart and miss the family and friends while America enjoyed their life with family. Past seven years of life I, "Rakesh Christian" can't share my life with my only one child my daughter.
- Also financially my car got more mileage, due far way job and several times use for delivering the Pizzas, to the customers.
- Also my telephone bill come $ 300 to $ 389 per month due to Pac Pizza.
- I never complaint, so in future one day Pac Pizza will appreciate me and get higher position.
- Director of Operation, Mr. Tanjeer Ahmed only helped to his Muslim community or persons who are the crooks.
- It's I remembered may also help his Muslim friends Mr. Khalid. Who open the (In & Out Pizza) store in front of Pac Pizza Store, on Alvarado Blvd. & misguide Mr. Brian Thompson & closed the Pac Pizza Store on Alvarado Blvd, Union City, (510) – 489 – 8200. I have also talked to my Area Coach Rick on that time he talk about it. So Area Coach can tell Mr. Brian Thompson.
- Also Mr. Ali, from San Leandro, help him to do electrical Maintenance work even though no electrical contractor license, in California. Sent paperwork about Mr. Alex Wallace on February 21st and March 23rd never got any action taken by Mr. Tanzer Ahmed.
- All Muslim store managers got promoted as Area Coach due to Director of Operations Mr. Tanzeer Ahmed. Only Crooks & Muslims, got blessed, under Director of Operation Mr. Tanzeer Ahmed. Even though I, "Rakesh Christian" have degrees in M.S., B.S., & B.Ed. Also ultimate performance to improve the business and marketing. This is simply discrimination which I never complained, hoping it will be better tomorrow.
- Due to February 12th, 2007 Mr. Tanzeer Ahmed insulted me and harassed me and threatened me. He, "Tanzeer Ahmed" Director of Operations for Paz Pizza told me He "Tanzeer Ahmed" can destroy me and crucify me "Rakesh Christian" just like people crucified Jesus Christ. His Muslim God "ALLAH" is on his side. In front of another store manager of Pac Pizza on February 12th, I "Rakesh Christian" realized due to my religion "CHRISTIAN" I don't get promoted even though I have been applied for Area Manager COACH position several times. That's why out of the 100 store-manager only. Five Muslim store managers all got promoted. Even though director of operation, "TANZEER AHMED" knew that only I "Rakesh Christian" use the dialogue on phone. First time Only Me in April 2000 use ESPECIAL FOR TODAY! I also put sign out side: "BUY ONE LARGE PIZZA AND GET SECOND FOR $ 5.00/- (FIVE) ONLY" just to

improve sales. Also in 2001 – 2002, I gave Mr. Brian Thompson (C.E.O) idea to start the Value Meal (such as Personal Pizza and Drinks). I never got rewarded, but only got abused and discriminated.

➤ Also in 2001, I, "Rakesh Christian" Pizza Hut Corporation CheckpCheck & Follow up with my team after I started the company. Pac pizza noticed it, and make it mandatory in later year, but never got rewarded nor got appreciated for my idea, for improve for the business.

➤ See attached copy of checkpchecks.

➤ Also Pac Pizza drop to coupon to customers on my store such as Pizza Hut, Argonaut Way, Fremont, & in Pinole. There was no phone # or address listed for walk in more new customers to my store. See attached copies.

➤ Mr. Alex Wallace, "assistant for Tanzeer Ahmed" as an Area Coach who on February 20th, 2007, harass and threatened me and told me: "YOU MOTHER-FUCKER INDIAN I KICK YOUR BUTT."

➤ They never took the problem over harassment done by Mr. Alex Wallace and never took care of it. February 12th, 2007 harassment done by Mr. Tanzeer Ahmed. So I can't sleep until today. That's anxiety. I went to Kaiser. Also on march 23rd, 2007 I got injured on my right hand.

➤ On march 24th, 2007 I went to Kaiser hospital due to work injury that happen on the job at 39010 Argonaut way, Fremont, CA 94538. I called on March 24th, 2007 in the morning my Area Coach & Mr. Tanzeer Ahmed. Informing I got injured at job. I did follow Pac Pizza Policy, let your Manager know of all incident. On March 26th, 2007 I have called my Area Coach. Also Kaiser Hospital (Michelle) called to Area Coach. Alex Wallace about work comp injury happened on the job. Also paper work was sent to Pac Pizza.

➤ Since march 23rd, 2007 Pac Pizza knew that I, "Rakesh Christian got injured on job. Pac Pizza never called me/ asked me how I am doing/ but only send me letter for regards EEOC complaint don't go to Chiropractics. Even though Pac Pizza Dr. John Gideon report see Surgeon & also go to another Dr. because it's been over one month. Also at Fremont Urgent Care, "Ms. Dorris Rodriguez." Suggest me to go Chiropractic and Physical Therapy. Because company Dr. only give me only pain killers.

➤ Such as vicodine, neproxen, motrine, two to three times days. That's too high doses. So you Rakesh Christian can destroy your lever. Still I got shoulder arms, ribs pain and shoulder. No improvement due to this reason, I went to chiropractors at San Francisco, Brentwood Chiropractors. Also I got medicine from Kaiser Hospital Dr. Magno. NARCOTIC drugs such as promix, clonazepon, paraxotime, HCL. For anxiety & mental stress over due to Pac Pizza discrimination and harassments.

➤ Dear respected sir/madam you can still see swollen tissue and shoulder see it right arm.

➤ On may 11th, my bank Washington Mutual called Pac Pizza talked Area Coach "Alex Wallace" told Washington Mutual Bank, see attached letter from the bank. I "Rakesh Christian" got terminated two weeks ago. I, "Rakesh Christian" can't got refinance my house. Almost lose the house. Also on May 14th, 2007, Lisa Hough, sent employment verification to bank as unknown? (please see attached letter

from bank). Simply discriminated and destroyed my life. Under Mr. Tanzeer Ahmed idea for Pac Pizza.

➢ Ultimately Pac Pizza simply destroyed my life, by physically and financially and mentally. This is simply racial and religion discrimination. So hear me lord please.

➢ On August 13th, 2007 I received the letter from "CHRIS at Pac Pizza. Please see attached copy of May 17th, 25th, 30th sent letter.

➢ On May 17th letter stated that I can't go to Chiropractor. Just only go to company physician. Even though Dr. give you pain killers. Make you destroy your lever by vicodines, nexoprhene, motrine.

➢ On May 25th, 2007 to June 1st, 2007 letter from Mr. Brian Thompson on vacation. Meet somewhere eventhough I was unable to drive, and under influence of medicine (narcotic) and also pain killer, and also under the disability. Please see attach letter.

➢ On June 25th, 2007 letter from Pac Pizza noted that Brentwood Chiropractors sent the note (reports) of me "Rakesh Christian" industrial injury and unable to work. Please see attached letter.

➢ On july 10th, 2007 letter from Pac Pizza sent that Authorization for Absence. For Me, "Rakesh Christian" Pac Pizza Company, via facsimile in May, June and Early July 10th. From Dr. Naeem Patel, Dr. of Brentwood Chiropractors. Please see attached letter.

➢ Pac Pizza received all the medical reports from Dr.'s for my disability.

➢ I don't know why still termination? This is wrongful termination destroyed my life or simply racist and religion discriminations under management of Mr. Tanzeer Ahmed.

➢ I, "Rakesh Christian" never got appreciated nor rewarded only destroy my life and future.

➢ I received the vacation hours – check (total hours 210) with August 9th letter. Also say Pac Pizza send me $ 401. 73 extra. Why Pac Pizza send me a check and playing dirty game with me. Rather Pac Pizza subtract the amount of $ 401.73 and then send check. Please don't be naive and fake - get real.

➢ Pac Pizza did purposely play dirty game. Pac Pizza think LAW is BLIND, so Pac Pizza can destroy me & Pac Pizza can ABUSE THE LAW & POWER.

Dear Respected Judge (Sir/Madam):

Please help me. Justify for me properly. So Pac Pizza can realize also that LAW is NOT BLIND. In the FUTURE Pac Pizza don't do any kind of Harassment and any kind of Discrimination again.

May God Bless You & Thank you very much for your time.

Sincerely & Truly Yours,

Rakesh Christian

1. COMPARE ULTIMATES PERFORMANCE & HOW MR. DIRECTOR OF OPERATIONS (MR. TANZEED AHMED) DESTROYED ME. FINANCIALLY, MENTALLY, AND PHYSICALLY.

Please see attached copy of Ultimate performance & audit copy attached. Since 2000, 2001, 2002, due to highest sales growth in company (Pac Pizza) Mr. Tanzzer Ahmed sent the auditors through out my career. May be told them/misguide them. So my audit can fail & I make no bonus. Even though all document sent never corrected Please see attached copies of all audits.

Even though all documents sent never corrected. please see attached copies of all audits.
Audits scores 75% to 85% passing score.

2. See attached copy of Mr. Rick Mansfield about audit so this current audits point weight system for company is going through over haul.

Pac Pizza team member hand book restaurant operations (see attached copy)
3. Pac pizza hand book states " if an employee works 6 hours, employee may voluntarily choose not to take meal break, or take it". That's only written in Pac Pizza handbook.

California law says to 6 hours, but on audit Pak Pizza made less than only 5 hours. Only my crews team. Through out seven years at Pac Pizza. Also crew never got as per my area couch Mr. Rick Mansfield told me Mr. Tanzzer Ahmed wanted him to made up write up for me. He begged me "please sign it". I told him "it's wrong. Why even the State of California says (6) six hours if they want to take break?

Due to less than 5 hours job I told (Rick Mansfield) crew particular drivers will quit because no hours you will go deliver at that time? then he say "it's ok Tanzzer say so".
"I told him this is not fair." Please with this write up don't destroy my Ultimate Performance?

4 Pac Pizza doing very wrong with me/ Destroyed me! This is very much worst mental stress I suffered for several years.

Auditors never follow their honesty due to Mr. Tanzzer Ahmed misguide the he believed Donkey is better than horse, smart & honest is not good for him.

Simply I got discrimination with me, I never got supply which required for audits and I asked Mr Tanzzer Ahmed and Pac Pizza, and they would never help me out. In audits, the auditors made an unfair decision, even-though all the documents are there. Also, resolution and correction report I sent to Pac Pizza and Mr,. Yanzzer Ahmed do the correction of the score, but they never did.This is simply discrimination towards me under Mr Tanzzer Ahmed, Management with Pac Pizza. Simply Tanzzer want to Destroy me.

More open for discussion. Simply Pac Pizza abuse laws. And simply religion and racial discrimination.

5. Director of Operations, Mr. Tanzzer Ahmed knew that due to Alex Wallace racist behavior, several Indian manager and employee quit with the job/terminated. Please see attached schedule. (3/13/06) Store 011702 Argonut Way, Fremont 94538.

| | | |
|---|---|---|
| > | Nirmaljeet K | Manager |
| > | Harmindeer D | Manager |
| > | ~~Surindal K~~ | ~~Production~~ |
| > | Amarjit S | Prodution |
| > | Ravinder Kaur | Manager |

7

> Amanpreet Singh     Production
> Manjeet Singh     Production/Driver
> Kulwant B         Production/CSR/DriverWOW!!!!! WOW!!!!WOW!!!! Is it Mr. Alex Wallace/Pak Pizza do-
ing racial discrimination? Of course it is Mr. Alex Wallace. Why Pac Pizza /Director of Operartions no take action even
though Pak Pizza and Mr. Tanzzer knows why employee quit or are terminated under Mr. Alex Wallace, management.

6. Because, Mr. Tanzzer Ahmed knows they are Hindus and Christians (From India, but not Muslim) ultimately
this is simply religion and racial discrimination done by Pak Pizza under Mr. Tanzzer Ahmed management.

Throughout my (Rakesh Christian) carrier with Pac Pizza thanks to Mr. Director of operations, Tanzzer Ahmed, he
knew P&A report and maintenance wher he can make money on side or under the table. Such as
El Cerrito (011709) store is fixed. When broken on Pinole (011711) send me over there. In March 2001 at
Pinole(011711) 1211 Tara Hills Rd. Pinole Ca. 94564. there is a high maintenance expense such as computer system,
oven, proofer, retarded freezer, etc. appliances broken. Now, I (Rakesh Christian) realize on february 12th, 2007, Why?
simply destoy me, destroy my life, my carrier, and future. so all this high maintenance cost
destroy my performance, and I (Rakesh Christian) no make bonus, so this is a finacial disaster for me as well, even though
I work hard, seven days a week, 24 hours a day. I Rakesh Christian look like an idiot. He (Tanzzer
Ahmed) can abuse me, and destroy me. this is Pac Pizza simply discimination against on me, done by Mr. Tanzzer
Ahmed, Director of Operations of Pac Pizza.

7. Due to ultimate discrimination towards me (Rakesh Christian) done by Mr. Tazzer Ahmed (Director of Operations Pac
Pizza) He knew the P&A reports for period 6 year of 2006, which ended 6/12/06. For store #011702
fremont Argonut Way 94538. Mr Tanzzer Ahmed decide to tranfer me again at Fremont 39010 Argonut Way
Fremont Ca. 94538, because Mr. Tanzzer Ahmed Knew P&A report and he can see customer refund of $973
Happened under Mr. Alex Wallace management. Also returned check of $3,000.00. Under Mr. Alex Wallace,
management. please ask Pac Pizza to provide P&A report, thank you. Mr Tanzzer never care because he knows the com-
pany is making millions of dollars in profits. Maybe that's why? Also a biased policy.
also, Mr. Tanzzer Ahmed knew that company Drain Patrol:

May 23 2006 - Total of $385
May 23 2006 - Total of $330
May 24 2006 - Total of $682

Total expense of $1397.00 U.S. Dollars/spent or wasted for same plumbing work over and over again.

8. Wasted Pac Pizza money, under Mr.Alex Wallace, management, with the help of Mr. Tazzer Ahmed Director of Opera-
tions Pac Pizza. So why Pac Pizza has a double standard?
At 1:30 P.M. june 12, 2006 the store 39010 Argonut way Fremont CA., I Rakesh Christian and Mr. Tazzer Ahmed Direc-
tor of Operations, went to the store. At that time the store was very stinky, dirty, such as retarded,
broken, underneath make table leaking, and also in Walk-ins has water on the floor, (what if an employee fell down?)
I asked him at that time. No lights on the menu, leaking under the 3 sink compartment. grease trap was full of grease,
causing the stink. this occured under Mr. Alex Wallace management. Also, my area coach Rick
Mansfield, visited the store maybe he told Mr. Brian Thompson? and he noted everything on a piece of paper.
ONLY high maintenance? then so i rakesh Christian look like an Idiot on paper due to all this expense to fix it.

9. And so Mr Tanzzer ahmed, Director of Operations, can abuse me, and destroy me. all theses thing occurred
I believe it's simply due to racial and religion discrimination, done by Mr. Tanzzer Ahmed, and Pac Pizza.
And that's due to harrassment done by Mr. Tanzzer Ahmed, And Alex Wallace, and also discrimination. That's why I
(Rakesh Christian) have too much mental stress, emotional depression, physical abuse, mental abuse.
My Lord please help me, please clear my name and reward me.
Save me from such a dirty devil discrimination. Thank You, God Bless, I pray.

12

Please see attached copy of:

- Introduction of Rakesh Christian
- Performance
- Extreme hard work day and night 7 days, 365 days a year
- EEOC discrimination complaint
- Destroyed my "Rakesh Christian" life, destroyed by financially, mentally, and physically, please "note for discussion"
- See attached letters from PAC Pizza how PAC Pizza give employees: mental stress. On disability while I "Rakesh Christian" was on disability
- See the Doctor's Medical Reports and Approved Absence Letter for disability
- See attached copy of proof. How Pac Pizza treat another employees. C. Alex Wallace behavior and sent proof of making money to Mr. Tanzer Ahmed.
- See the pay stubs. Attach only due to Pac Pizza Letter on August 9th, 2007. So Pac Pizza can see how much discrimination happen with me & Pac Pizza destroyed me.

Rakesh Christian
22174 Peralta St.
Hayward, CA  94541-____

## Superior Court of California, County of Alameda

| | | |
|---|---|---|
| Christian | Plaintiff/Petitioner(s) | No. RG07352524 |
| | vs. | **NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER** |
| Pac Pizza, LLC | Defendant/Respondent(s) | Unlimited Jurisdiction |
| | (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.
Notice is given that a Case Management Conference has been scheduled as follows:

| | | |
|---|---|---|
| Date: 03/05/2008<br>Time: 08:45 AM | Department: 19<br>Location: **Administration Building**<br>**Third Floor**<br>**1221 Oak Street, Oakland  CA 94612**<br>Internet: **http://www.alameda.courts.ca.gov** | Judge: **Stephen Dombrink**<br>Clerk: **Barbara Dell**<br>Clerk telephone: **(510) 272-6145**<br>E-mail:<br>**Dept.19@alameda.courts.ca.gov**<br>Fax: **(510) 267-1507** |

### ORDERS

1. You must:
    a. Serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
    b. Give notice of this conference to any party not included in this notice and file proof of service;
    c. Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
    d. File and serve a completed Case Management Conference Statement (use of Judicial Council Form CM 110 is mandatory) at least 15 days before the Case Management Conference (CRC 3.725)

2. If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4. The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
    a. Referring to ADR and setting an ADR completion date
    b. Dismissing or severing claims or parties
    c. Setting a trial date.

*Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 10/24/2007.

By _____
                    Deputy Clerk

## Superior Court of California, County of Alameda



## Notice of Judicial Assignment for All Purposes

Case Number: RG07352524
Case Title:   Christian VS Pac Pizza, LLC
Date of Filing: 10/22/2007

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This case is hereby assigned for all purposes to:

| | |
|---|---|
| Judge: | **Stephen Dombrink** |
| Department: | **19** |
| Address: | **Administration Building** |
| | **1221 Oak Street** |
| | **Oakland  CA  94612** |
| Phone Number: | **(510) 272-6145** |
| Fax Number: | **(510) 267-1507** |
| Email Address: | **Dept.19@alameda.courts.ca.gov** |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure §170.6 must be exercised within the time period provided by law. (See Govt. Code 68616(i); Motion Picture and Television Fund Hosp. v. Superior Court (2001) 88 Cal.App.4th 488, 494; and Code Civ. Proc. §1013.)**

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

### General Procedures

All pleadings and other documents must be filed in the clerk's office at any court location except when the Court permits the lodging of material directly in the assigned department. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO

JUDGE Stephen Dombrink

DEPARTMENT 19

Counsel are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at: http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

The parties are always encouraged to consider using various alternatives to litigation, including mediation and arbitration, prior to the Initial Case Management Conference. The Court may refer parties to alternative dispute resolution resources.

## Schedule for Department 19

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held:  Mondays through Thursdays at 9:30 a.m.
- Case Management Conferences are held:  Initial Case Management Conferences: Tuesdays through Thursdays at 8:45 a.m. and Fridays at 9:00 a.m. and 2:00 p.m.
- Case Management Conference Continuances: Mondays through Thursdays at 9:00 a.m.
- Law and Motion matters are heard:  Mondays and Thursdays at 8:30 a.m.
- Settlement Conferences are heard:  To be determined by the Court.
- Ex Parte matters are heard:  Mondays and Wednesdays at 9:00 a.m.

## Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
  Email:        Dept.19@alameda.courts.ca.gov


- Ex Parte Matters
  Email:        Dept.19@alameda.courts.ca.gov


## Tentative Rulings

The court will issue tentative rulings in accordance with the Local Rules.  Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website:  www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 19
- Phone:  1-866-223-2244

Dated:  10/23/2007

Executive Officer / Clerk of the Superior Court

By _____

_Barbara CY Hite_

Deputy Clerk

---

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 10/24/2007

By _____

_Barbara CY Hite_

Deputy Clerk

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| RAKESH S CHRISTIAN<br>22-174 PERALTA ST<br>HAYWARD CA 94541<br>TELEPHONE NO. 510-537-1674   FAX NO. 814 537-1674<br>ATTORNEY FOR *(Name):* | **ENDORSED**<br>**FILED**<br>**ALAMEDA COUNTY**<br><br>OCT 2 2 2007<br><br>CLERK OF THE SUPERIOR COURT<br>By Tasha Perry, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 FALCON ST
MAILING ADDRESS:
CITY AND ZIP CODE: OAKLAND CA 94612
BRANCH NAME:

CASE NAME: Discrimination

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: RG 07352524 |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[X] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [ ] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):*
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 10-22-07    Rakesh Christian
(TYPE OR PRINT NAME)    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only. Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

# EXHIBIT B



1  Kevin S. Simon (State Bar No. 168467)
   Jennifer K. Achtert (State Bar No. 197263)
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, California  94111-3712
   Telephone:  (415) 490-9000
4  Facsimile:  (415) 490-9001

5  Attorneys for Defendant
   PAC PIZZA, LLC
6

7

8

9               IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                  IN AND FOR THE COUNTY OF ALAMEDA

11                        UNLIMITED CIVIL DIVISION

12

13  RAKESH CHRISTIAN,                    |  Civil Action No. RG07-352524
14                  Plaintiff,           |  **DEFENDANT'S NOTICE OF FILING
                                         |  NOTICE OF REMOVAL**
15          vs.                          |
16  PAC PIZZA, LLC;                      |
17                  Defendant.           |
18                                       |

19  ─────────────────────────────────────

20  TO THE CLERK OF THE SUPERIOR COURT OF ALAMEDA COUNTY

21          PLEASE TAKE NOTICE that Defendant, PAC PIZZA, LLC, by and through

22  undersigned counsel, has filed a Notice of Removal of Civil Action, a copy of which is attached

23  hereto as Exhibit A, in the United States District Court for the Northern District of California.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

─────────────────────────────────────────────────────────────────────
DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL                      1

1    Pursuant to 28 U.S.C. §1446(d), no further proceedings may be held in this Court unless

2  and until the case is remanded.

3
   DATED: December 7, 2007                              FISHER & PHILLIPS LLP
4

5
                                         By: _____
6                                              Jennifer K. Achtert
                                               Attorneys for Defendant
7                                              PAC PIZZA, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28