1  Kevin S. Simon (State Bar No. 168467)
   Jennifer K. Achtert (State Bar No. 197263)
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, California 94111-3712
   Telephone: (415) 490-9000
4  Facsimile: (415) 490-9001
   E-mail: ksimon@laborlawyers.com
5  E-mail: Jachtert@laborlawyers.com

6  Attorneys for Defendant
   PAC PIZZA, LLC
7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  RAKESH CHRISTIAN, | Civil Action No. CV-07-6224 |
| 14              Plaintiff, | **PROOF OF SERVICE** |
| 15        vs. | 1. **CIVIL CASE COVER SHEET;** |
| 16  PAC PIZZA, LLC; | 2. **DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION;** |
| 17              Defendant. | 3. **DEFENDANT'S NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION;** |
| 18 | 4. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;** |
| 19 | 5. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;** |
| 20 | 6. **ECF REGISTRATION INFORMATION HANDOUT; FILING GUIDELINES** |

PROOF OF SERVICE                                                    1

# PROOF OF SERVICE

I am a citizen of the United States and a resident of Contra Costa County. I am over 18 years of age and not a party to this action. My business address is One Embarcadero Center, Suite 2340, San Francisco, CA 94111. On this date I served the within

1. CIVIL CASE COVER SHEET;
2. DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION;
3. DEFENDANT'S NOTICE TO PLAINTIFF OF REMOVAL OF CIVIL ACTION;
4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
5. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
6. ECF REGISTRATION INFORMATION HANDOUT; FILING GUIDELINES

in said action:

___✓___ (by mail) on all parties in said action in accordance with Code of Civil Procedure §1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Fisher & Phillips, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of San Francisco, California.

_____ (by Federal Express) on all parties in said action by depositing a true and correct copy thereof in a sealed packet for overnight mail delivery, with charges thereon fully paid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below.

_____ (by facsimile transmission) on all parties in said action, by transmitting a true and correct copy thereof from our office facsimile machine, (415) 490-9001, to the facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

_____ (by e-mail transmission) on all parties in said action, by transmission of a true and correct copy thereof from our office to the e-mail addresses below in accordance with California Rules of Court 2.260.

Rakesh Christian
22174 Pesalta Street
Hayward, CA 94541
(510) 537-1674

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 11, 2007, at San Francisco, California.

*Carol S. Ferrari*
Carol S. Ferrari

PROOF OF SERVICE                                                                                          2