1  Kevin S. Simon (State Bar No. 168467)
   Jennifer K. Achtert (State Bar No. 197263)
2  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
3  San Francisco, California 94111-3712
   Telephone: (415) 490-9000
4  Facsimile: (415) 490-9001
   E-mail: ksimon@laborlawyers.com
5  E-mail: jachtert@laborlawyers.com

6  Attorneys for Defendant
   PAC PIZZA, LLC
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

12

13 | RAKESH CHRISTIAN,              | Civil Action No. C 07-06224 JL
14 |                                |
   |              Plaintiff,        | **DEFENDANT PACPIZZA, LLC'S
15 |                                | CERTIFICATION OF INTERESTED
   |     vs.                        | PARTIES OR ENTITIES**
16 |                                |
   | PAC PIZZA, LLC;                | **Civil Local Rule 3-16**
17 |                                |
   |              Defendant.        | Complaint filed: October 22, 2007
18

19

20  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

22  named parties, there is no such interest to report.

23

24  Dated: December 14, 2007        Respectfully submitted,
                                    FISHER & PHILLIPS LLP
25

26                                  By: _____
                                        Jennifer Achtert
27                                      Attorneys for Defendant
                                        PAC PIZZA, LLC
28

---

DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES OR ENTITIES          1

# PROOF OF SERVICE

I am a citizen of the United States and a resident of Contra Costa County. I am over 18 years of age and not a party to this action. My business address is One Embarcadero Center, Suite 2340, San Francisco, CA 94111. On this date I served the within

**DEFENDANT PACPIZZA, LLC'S CERTIFICATION OF INTERESTED PARTIES OR ENTITIES**

in said action:

__✓__ (by mail) on all parties in said action in accordance with Code of Civil Procedure §1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Fisher & Phillips, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of San Francisco, California.

_____ (by Federal Express) on all parties in said action by depositing a true and correct copy thereof in a sealed packet for overnight mail delivery, with charges thereon fully paid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below.

_____ (by facsimile transmission) on all parties in said action, by transmitting a true and correct copy thereof from our office facsimile machine, (415) 490-9001, to the facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

_____ (by e-mail transmission) on all parties in said action, by transmission of a true and correct copy thereof from our office to the e-mail addresses below in accordance with California Rules of Court 2.260.

Rakesh Christian
22174 Pesalta Street
Hayward, CA 94541
(510) 537-1674

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 17, 2007, at San Francisco, California.

*[signature]*
Carol S. Ferrari

---
PROOF OF SERVICE