UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAKESH CHRISTIAN

        Plaintiff(s),

   v.

PAC PIZZA, LLC

        Defendant(s).
_____/

No. C 07-06224 JL

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 2/26/08

Signature

Counsel for Defendant PacPizza, LLC
(Plaintiff, Defendant or indicate "pro se")

1 **PROOF OF SERVICE**

2     I am a citizen of the United States and a resident of Contra Costa County. I am over 18

3 years of age and not a party to this action. My business address is One Embarcadero Center,

4 Suite 2340, San Francisco, CA 94111. On this date I served the within

5 **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

6 in said action:

7

8    ✓  (by mail) on all parties in said action in accordance with Code of Civil Procedure §1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Fisher & Phillips, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of San Francisco, California.

11 _____ (by Federal Express) on all parties in said action by depositing a true and correct copy thereof in a sealed packet for overnight mail delivery, with charges thereon fully paid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below.

13 _____ (by facsimile transmission) on all parties in said action, by transmitting a true and correct copy thereof from our office facsimile machine, (415) 490-9001, to the facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

15 _____ (by e-mail transmission) on all parties in said action, by transmission of a true and correct copy thereof from our office to the e-mail addresses below in accordance with California Rules of Court 2.260.

| Rakesh Christian<br>22174 Peralta Street<br>Hayward, CA 94541 | ***Plaintiff - Pro Per***<br>(510) 537-1674 |
|---|---|

22     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

24     Executed on February 27, 2008, at San Francisco, California.

*Carol S. Ferrari* (signature)
Carol S. Ferrari

PROOF OF SERVICE