UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAKESH CHRISTIAN

             Plaintiff(s),

     v.

PAC PIZZA, LLC,

            Defendant(s).
_____/

Case No. C 07-06224 JL

ADR CERTIFICATION BY PARTIES AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     (2) Discussed the available dispute resolution options provided by the Court and private entities; and

     (3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated:_____                                     _____
                                                          [Party]

Dated: 2/27/08                                     _____
                                                          [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAKESH CHRISTIAN

        Plaintiff(s),

v.

PAC PIZZA, LLC,

        Defendant(s).

Case No. C 07-06224 JL

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/29/08

                                                [Party]

Dated: _____

                                                [Counsel]

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am a citizen of the United States and a resident of Contra Costa County. I am over 18 |
| 3 | years of age and not a party to this action. My business address is One Embarcadero Center, |
| 4 | Suite 2340, San Francisco, CA 94111. On this date I served the within |
| 5 | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| 6 | in said action: |
| 7 | ✓ (by mail) on all parties in said action in accordance with Code of Civil Procedure §1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Fisher & Phillips, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of San Francisco, California. |
| 10 | ___ (by Federal Express) on all parties in said action by depositing a true and correct copy thereof in a sealed packet for overnight mail delivery, with charges thereon fully paid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below. |
| 12 | ___ (by facsimile transmission) on all parties in said action, by transmitting a true and correct copy thereof from our office facsimile machine, (415) 490-9001, to the facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error. |
| 15 | ___ (by e-mail transmission) on all parties in said action, by transmission of a true and correct copy thereof from our office to the e-mail addresses below in accordance with California Rules of Court 2.260. |

| Rakesh Christian<br>22174 Peralta Street<br>Hayward, CA 94541 | *Plaintiff - Pro Per*<br>(510) 537-1674 |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 29, 2008, at San Francisco, California.

*Carol S. Ferrari* (signature)
Carol S. Ferrari