1  Rakesh Christian
   22174 Peralta Street
2  Hayward, CA 94541
   (510) 537-1674
3  PLAINTIFF PRO SE

4  Kevin S. Simon (State Bar No. 168467)
   Jennifer K. Achtert (State Bar No. 197263)
5  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
6  San Francisco, California 94111-3712
   Telephone: (415) 490-9000
7  Facsimile: (415) 490-9001
   E-mail: ksimon@laborlawyers.com
8  E-mail: Jachtert@laborlawyers.com

9  Attorneys for Defendant
   PAC PIZZA, LLC

10

11

12          IN THE UNITED STATES DISTRICT COURT

13        FOR THE NORTHERN DISTRICT OF CALIFORNIA

14             SAN FRANCISCO DIVISION

15  RAKESH CHRISTIAN,                    Civil Action No.  CV-07-6224-JL

16             Plaintiff,
                                         **JOINT CASE MANAGEMENT
17      vs.                              STATEMENT AND PROPOSED ORDER**

18  PAC PIZZA, LLC;
                                         Date:  March 19, 2008
19             Defendant.                Time:  10:30 a.m.
                                         Courtroom:  F
20

21

22

23          Pursuant to Civil Local Rule 16-9, the parties to the above-entitled action jointly submit

24  this Case Management Statement and Proposed Order and request the Court to adopt it as its

25  Case Management Order in this case.

26      1.    **Jurisdiction and Service.**

27          This court has subject matter jurisdiction over plaintiff's federal claims pursuant to

28  28 U.S.C. § 1331 and 42 U.S.C. § 1981.  The Court has supplemental jurisdiction over

---

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER                                    1
Civil Action No. CV-06224-JL
SanFrancisco 104052.4

1  Plaintiff's state law claims, if any, under 28 U.S.C. § 1367.  Venue is proper pursuant to 28

2  U.S.C. § 1391(b) and (c) as this judicial district encompasses the location where plaintiff was

3  employed, where his claims arose and where the alleged conduct occurred (San Ramon,

4  California).  All parties have been served.

5      **2.    Facts.**

6      Plaintiff:  Plaintiff alleges racial and religious harassment and continuous

7  discrimination, which caused emotional distress, general damages, and punitive damages.

8  Plaintiff alleges that PacPizza engaged in wrongful conduct toward him, by failing to provide

9  benefits under the PacPizza policy, and by humiliating and insulting his God.  Plaintiff asserts

10 that he went out on leave following an industrial industry, and that he did not want to accept

11 modified duties that would require him to act like "dead meat."  Plaintiff asserts that he also

12 sought psychiatric care for religious harassment.  Plaintiff believes that he filed his charge of

13 discrimination in approximately March 2007.

14      Defendant:  Plaintiff was employed as a Restaurant General Manager for a Pizza Hut

15 restaurant operated by PacPizza.  Plaintiff was employed by PacPizza from March 2000 until

16 August 2007.  Plaintiff filed a charge of discrimination in May 2007 alleging that he was

17 treated differently based on his race, national origin, and religion in violation of Title VII of the

18 Civil Rights Act.  Plaintiff's employment was terminated in August 2007 after he failed to

19 return from a medical leave and failed to communicate with PacPizza, despite being released to

20 return to work with modified duties which PacPizza was prepared to accommodate.

21 Subsequently, he filed the instant lawsuit alleging a single claim for race and religious

22 discrimination.

23      **3.    Legal Issues.**

24      Plaintiff:  Plaintiff believes that he was discriminated against and harassed based on his

25 race and religion.  He also believes that PacPizza breached its policies and the implied covenant

26 of good faith and fair dealing.  He also claims punitive damages, and mental and emotional

27 distress.

28 / / /

1    <u>Defendant</u>:  PacPizza believes that Plaintiff's lawsuit is unintelligible and meritless, and

2    believes that Plaintiff's claims will be dismissed on motion, if not voluntarily dismissed.

3    Plaintiff's Complaint does not allege a claim for punitive damages.

4    **4.    Motions.**

5    There are no prior or pending motions.  PacPizza anticipates filing a motion for

6    summary judgment.  Plaintiff states that he wants a neutral and good judgment.

7    **5.    Amendment of Pleadings.**

8    None anticipated at this time.  The parties propose a deadline of April 15, 2008 for

9    amending the pleadings.

10    **6.    Evidence Preservation.**

11    Upon receipt of the EEOC Charge, Defendant took steps to preserve all payroll and

12    personnel records relevant to Plaintiff's charge.  Plaintiff has specifically requested that

13    Defendant preserve evidence relevant to the issues in this action.  Defendant has already done

14    so, and will continue to preserve all payroll and personnel records relevant to Plaintiff's charge

15    and/or this lawsuit.

16    **7.    Disclosures.**

17    Initial disclosures under Rule 26(a) will be exchanged within 30 days of the initial

18    conference.

19    **8.    Discovery.**

20    There has been no discovery to date.  The parties do not anticipate any limitations or

21    modifications to the discovery rules.

22    Plaintiff has not yet determined what depositions or discovery may be necessary.

23    PacPizza wishes to depose Plaintiff Rakesh Christian following initial written

24    discovery.  PacPizza may need to depose additional witnesses.

25    **9.    Class Actions.**

26    This is not a class action.

27    / / /

28    / / /

---

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER                                    3
Civil Action No. CV-06224-JL
SanFrancisco 104052.4

**10.    Related Cases.**

In addition to this action, Christian has filed a wage and hour action in Alameda Superior Court against PacPizza, Case No. RG 07354636.

**11.    Relief.**

Christian seeks both general and special damages, including lost wages, benefits, and opportunities. Christian has also claimed damages for emotional distress and humiliation. Calculation of the amounts of those damages may be the subject of expert testimony and discovery.

PacPizza is uncertain as to the amount of damages claimed by Christian.

**12.    Settlement and ADR.**

There have been no settlement negotiations to date. The parties have not agreed to a form of alternative dispute resolution. Christian believes that mediation through the Court would be most appropriate; PacPizza believes that an early neutral evaluation would be helpful to the resolution of this matter. Christian believes that some initial discovery will be necessary before settlement discussions.

**13.    Consent to Magistrate Judge for All Purposes.**

The parties consent to having Magistrate Judge James Larson conduct all further proceedings.

**14.    Other References.**

Not appropriate at this time.

**15.    Narrowing of Issues.**

None at this time.

**16.    Expedited Schedule.**

Not appropriate at this time.

**17.    Scheduling.**

The parties propose the following schedule:

Designation of Experts by Plaintiff:  August 11, 2008

Designation of Rebuttal Experts by Defendant:  September 10, 2008

---

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER    4
Civil Action No. CV-06224-JL
SanFrancisco 104052.4

1    Discovery cut-off: October 10, 2008

2    Hearing of Dispositive Motions: December 3, 2008

3    Pretrial Conference: January 7, 2009

4    Trial: February 9, 2009

5    **18.    Trial.**

6    The parties anticipate that the bench trial will last 2 to 3 days.

7    **19.    Disclosure of Non-Party Interested Entities or Persons.**

8    PacPizza submitted a Certificate of Interested Parties certifying that other than the

9    named parties, there is no such interest to report.

10    **20.    Other Matters.**

11    The parties are not aware of any other matters which would facilitate the just, speedy or

12    inexpensive disposition of this matter.

13

14    DATED: March 5, 2008          By: _____

15                                            Rakesh Christian, Pro Se

16

17    DATED: March ___, 2008          FISHER & PHILLIPS LLP

18

19                                            By: _____

20                                                Jennifer K. Achtert
                                                 Attorneys for Defendants
21                                                PAC PIZZA LLC

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER          5
Civil Action No. CV-06224-JL
SanFrancisco 104052.4

1   Rakesh Christian
    22174 Peralta Street
2   Hayward, CA 94541
    (510) 537-1674
3   PLAINTIFF PRO SE

4   Kevin S. Simon (State Bar No. 168467)
    Jennifer K. Achtert (State Bar No. 197263)
5   FISHER & PHILLIPS LLP
    One Embarcadero Center, Suite 2340
6   San Francisco, California 94111-3712
    Telephone: (415) 490-9000
7   Facsimile: (415) 490-9001
    E-mail: ksimon@laborlawyers.com
8   E-mail: Jachtert@laborlawyers.com

9   Attorneys for Defendant
    PAC PIZZA, LLC
10

11

12                 IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15   RAKESH CHRISTIAN,                Civil Action No. CV-07-6224-JL

16                    Plaintiff,
                                      **JOINT CASE MANAGEMENT
17          vs.                       STATEMENT AND PROPOSED ORDER**

18   PAC PIZZA, LLC;
                                      Date: March 19, 2008
19                    Defendant.      Time: 10:30 a.m.
                                      Courtroom: F
20

21

22

23          Pursuant to Civil Local Rule 16-9, the parties to the above-entitled action jointly submit

24   this Case Management Statement and Proposed Order and request the Court to adopt it as its

25   Case Management Order in this case.

26          1.    __Jurisdiction and Service.__

27          This court has subject matter jurisdiction over plaintiff's federal claims pursuant to

28   28 U.S.C. § 1331 and 42 U.S.C. § 1981. The Court has supplemental jurisdiction over

---

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER                              1
Civil Action No. CV-06224-JL
SanFrancisco 104052.4

1   Plaintiff's state law claims, if any, under 28 U.S.C. § 1367.  Venue is proper pursuant to 28

2   U.S.C. § 1391(b) and (c) as this judicial district encompasses the location where plaintiff was

3   employed, where his claims arose and where the alleged conduct occurred (San Ramon,

4   California).  All parties have been served.

5       **2.    Facts.**

6       Plaintiff:  Plaintiff alleges racial and religious harassment and continuous

7   discrimination, which caused emotional distress, general damages, and punitive damages.

8   Plaintiff alleges that PacPizza engaged in wrongful conduct toward him, by failing to provide

9   benefits under the PacPizza policy, and by humiliating and insulting his God.  Plaintiff asserts

10  that he went out on leave following an industrial industry, and that he did not want to accept

11  modified duties that would require him to act like "dead meat."  Plaintiff asserts that he also

12  sought psychiatric care for religious harassment.  Plaintiff believes that he filed his charge of

13  discrimination in approximately March 2007.

14      Defendant:  Plaintiff was employed as a Restaurant General Manager for a Pizza Hut

15  restaurant operated by PacPizza.  Plaintiff was employed by PacPizza from March 2000 until

16  August 2007.  Plaintiff filed a charge of discrimination in May 2007 alleging that he was

17  treated differently based on his race, national origin, and religion in violation of Title VII of the

18  Civil Rights Act.  Plaintiff's employment was terminated in August 2007 after he failed to

19  return from a medical leave and failed to communicate with PacPizza, despite being released to

20  return to work with modified duties which PacPizza was prepared to accommodate.

21  Subsequently, he filed the instant lawsuit alleging a single claim for race and religious

22  discrimination.

23      **3.    Legal Issues.**

24      Plaintiff:  Plaintiff believes that he was discriminated against and harassed based on his

25  race and religion.  He also believes that PacPizza breached its policies and the implied covenant

26  of good faith and fair dealing.  He also claims punitive damages, and mental and emotional

27  distress.

28  / / /

---

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER                    2
Civil Action No. CV-06224-JL
SanFrancisco 104052.4

1   _Defendant_:  PacPizza believes that Plaintiff's lawsuit is unintelligible and meritless, and

2   believes that Plaintiff's claims will be dismissed on motion, if not voluntarily dismissed.

3   Plaintiff's Complaint does not allege a claim for punitive damages.

4        **4.**    **Motions.**

5        There are no prior or pending motions.  PacPizza anticipates filing a motion for

6   summary judgment.  Plaintiff states that he wants a neutral and good judgment.

7        **5.**    **Amendment of Pleadings.**

8        None anticipated at this time.  The parties propose a deadline of April 15, 2008 for

9   amending the pleadings.

10       **6.**    **Evidence Preservation.**

11       Upon receipt of the EEOC Charge, Defendant took steps to preserve all payroll and

12  personnel records relevant to Plaintiff's charge.  Plaintiff has specifically requested that

13  Defendant preserve evidence relevant to the issues in this action.  Defendant has already done

14  so, and will continue to preserve all payroll and personnel records relevant to Plaintiff's charge

15  and/or this lawsuit.

16       **7.**    **Disclosures.**

17       Initial disclosures under Rule 26(a) will be exchanged within 30 days of the initial

18  conference.

19       **8.**    **Discovery.**

20       There has been no discovery to date.  The parties do not anticipate any limitations or

21  modifications to the discovery rules.

22       Plaintiff has not yet determined what depositions or discovery may be necessary.

23       PacPizza wishes to depose Plaintiff Rakesh Christian following initial written

24  discovery.  PacPizza may need to depose additional witnesses.

25       **9.**    **Class Actions.**

26       This is not a class action.

27  / / /

28  / / /

10.    **Related Cases.**

In addition to this action, Christian has filed a wage and hour action in Alameda Superior Court against PacPizza, Case No. RG 07354636.

11.    **Relief.**

Christian seeks both general and special damages, including lost wages, benefits, and opportunities. Christian has also claimed damages for emotional distress and humiliation. Calculation of the amounts of those damages may be the subject of expert testimony and discovery.

PacPizza is uncertain as to the amount of damages claimed by Christian.

12.    **Settlement and ADR.**

There have been no settlement negotiations to date. The parties have not agreed to a form of alternative dispute resolution. Christian believes that mediation through the Court would be most appropriate; PacPizza believes that an early neutral evaluation would be helpful to the resolution of this matter. Christian believes that some initial discovery will be necessary before settlement discussions.

13.    **Consent to Magistrate Judge for All Purposes.**

The parties consent to having Magistrate Judge James Larson conduct all further proceedings.

14.    **Other References.**

Not appropriate at this time.

15.    **Narrowing of Issues.**

None at this time.

16.    **Expedited Schedule.**

Not appropriate at this time.

17.    **Scheduling.**

The parties propose the following schedule:

Designation of Experts by Plaintiff: August 11, 2008

Designation of Rebuttal Experts by Defendant: September 10, 2008

1    Discovery cut-off:  October 10, 2008

2    Hearing of Dispositive Motions:  December 3, 2008

3    Pretrial Conference:  January 7, 2009

4    Trial:  February 9, 2009

5    **18.    Trial.**

6    The parties anticipate that the bench trial will last 2 to 3 days.

7    **19.    Disclosure of Non-Party Interested Entities or Persons.**

8    PacPizza submitted a Certificate of Interested Parties certifying that other than the

9    named parties, there is no such interest to report.

10    **20.    Other Matters.**

11    The parties are not aware of any other matters which would facilitate the just, speedy or

12    inexpensive disposition of this matter.

13

14    DATED:  March ___, 2008              By:_____

15                                                              Rakesh Christian, Pro Se

16

17    DATED:  March 7, 2008               FISHER & PHILLIPS LLP

18

19                                                      By: _____

20                                                              Jennifer K. Achtert
                                                              Attorneys for Defendants
21                                                              PAC PIZZA LLC

22

23

24

25

26

27

28

1

## CASE MANAGEMENT ORDER

2              The Joint Case Management Statement and Proposed Order is hereby adopted by the

3    Court.  The parties are ordered to comply with this Order.

4

5    Dated: _____        _____

6                                        Hon. James Larson
                                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2      I am a citizen of the United States and a resident of Contra Costa County.  I am over 18

3   years of age and not a party to this action.  My business address is One Embarcadero Center,

4   Suite 2340, San Francisco, CA 94111.  On this date I served the within

5      **JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**

6   in said action:

7      ✓ (by mail) on all parties in said action in accordance with Code of Civil Procedure §1013, by placing a true
       and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed

8      as set forth below.  At Fisher & Phillips, mail placed in that designated area is given the correct amount of
       postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in

9      the County of San Francisco, California.

10     _____ (by Federal Express) on all parties in said action by depositing a true and correct copy thereof in a sealed
       packet for overnight mail delivery, with charges thereon fully paid, in a Federal Express collection box, at

11     San Francisco, California, and addressed as set forth below.

12     _____ (by facsimile transmission) on all parties in said action, by transmitting a true and correct copy thereof
       from our office facsimile machine, (415) 490-9001, to the facsimile machine number(s) shown below.

13     Following transmission, I received a "Transmission Report" from our fax machine indicating that the
       transmission had been transmitted without error.

14

15     _____ (by e-mail transmission) on all parties in said action, by transmission of a true and correct copy thereof
       from our office to the e-mail addresses below in accordance with California Rules of Court 2.260.

16

17

| | |
|---|---|
| Rakesh Christian<br>22174 Peralta Street<br>Hayward, CA  94541 | **_Plaintiff - Pro Se_**<br>(510) 537-1674 |

18

19

20

21      I declare under penalty of perjury under the laws of the State of California that the

22   foregoing is true and correct.

23      Executed on March 7, 2008, at San Francisco, California.

24

25

26   Carol S. Ferrari

27

28