## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RAKESH CHRISTIAN

                                                    CASE NO. C 07-06224 JL
                          Plaintiff(s),

               v.                                   NOTICE OF NEED FOR ADR PHONE
                                                    CONFERENCE
PAC PIZZA, LLC


                          Defendant(s).
_____/


Counsel report that they have met and conferred regarding ADR and that they:

✓       have not yet reached an agreement to an ADR process
        request an Early Settlement Conference with a Magistrate Judge

        Date of Case Management Conference MARCH 19, 2008    ■

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|----------------|
| Rakesh Christian | Pro Se | 510-537-1674 | none |
| Jennifer K. Achtert | PacPizza, LLC | 415-490-9012 | jachtert@laborlawyers.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                                    _____
                                                    Attorney for Plaintiff

Dated: 2/27/08

                                                    _____
                                                    Attorney for Defendant

Rev 12.05

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RAKESH CHRISTIAN

CASE NO. C 07-06224 JL

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

PAC PIZZA, LLC

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓  have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 19, 2008 ▣

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Rakesh Christian | plaintiff pro se | 510-537-1674 | none |
| Jennifer K. Achtert | PacPizza, LLC | 415-490-9000 | jachtert@laborlawyers.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3. 5 - 08

_____
Attorney for Plaintiff

Dated: _____

_____
Attorney for Defendant

Rev 12.05

1

## **PROOF OF SERVICE**

2      I am a citizen of the United States and a resident of Contra Costa County.  I am over 18

3  years of age and not a party to this action.  My business address is One Embarcadero Center,

4  Suite 2340, San Francisco, CA 94111.  On this date I served the within

5

### **NOTICE OF NEED FOR ADR PHONE CONFERENCE**

6  in said action:

7

     ✓   (by mail) on all parties in said action in accordance with Code of Civil Procedure §1013, by placing a true

8          and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.  At Fisher & Phillips, mail placed in that designated area is given the correct amount of

9          postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of  San Francisco, California.

10

         (by Federal Express) on all parties in said action by depositing a true and correct copy thereof in a sealed

11          packet for overnight mail delivery, with charges thereon fully paid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below.

12

         (by facsimile transmission) on all parties in said action, by transmitting a true and correct copy thereof

13          from our office facsimile machine, (415) 490-9001, to the facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the

14          transmission had been transmitted without error.

15

         (by e-mail transmission) on all parties in said action, by transmission of a true and correct copy thereof from our office to the e-mail addresses below  in accordance with California Rules of Court 2.260.

16

17

| | |
|---|---|
| Rakesh Christian<br>22174 Peralta Street<br>Hayward, CA  94541 | ***Plaintiff - Pro Se***<br>(510) 537-1674 |

18

19

20

21      I declare under penalty of perjury under the laws of the State of California that the

22  foregoing is true and correct.

23      Executed on March 7, 2008, at San Francisco, California.

24

25                         *Carol S. Ferrari*

26                      Carol S. Ferrari

27

28