|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

RAKESH CHRISTIAN,

     Plaintiff(s),                      No. C07-6224 JL

     v.                               **NOTICE OF CONTINUANCE**

PAC PIZZA,

     Defendant(s).

_____/

Case management conference in the above entitled case is hereby continued (from March 26, 2008) to April 2, 2008 @ 10:30 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated: March 25, 2008

_____
Wings Hom Courtroom Deputy to
Chief United States Magistrate Judge
James Larson