## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:34-10:37( 03 min)
Date: **April 2 , 2008**

Case No: **C07- 6224 JL**

Case Name:**Rakesh Christian v. PAC Pizza**

Plaintiff  Attorney(s): In pro per
Defendant Attorney(s): Jennifer Achtert

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                                **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Case referred to another MJ for settlement conference.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 8-6-08 @ 10:30 a.m. for fur CMC. Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
         [ ] Jury  [ ]  Court


Notes: Initial disclosures to be made w/in 30 days.



cc: Venice, Kathleen, Magref