

FILED
08 MAY -5 AM 10:49

[CLERK, U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

Rakesh Christian
22174 Peralta St
Hayward CA 94541-3918

(510) 537-1674

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAKESH CHRISTIAN, | Civil Action No. C 07-06224 JL |
| Plaintiff, | |
| vs. | PLAINTIFF INITIAL DISCLOSURES |
| PAC PIZZA, LLC; | |
| Defendant. | Complaint filed: October 22, 2007 |

Attorneys for Defendant
PAC PIZZA, LLC

TO DEFENDANT AND ATTORNEYS OF RECORD;
PLAINTIFF INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) AND CIVIL LOCAL RULE 16-9
PLAINTIFF RAKESH CHRISTIAN PROVIDES THESE INITIAL DISCLOSURES.
SUPPLEMENT THE DISCLOSURES AS DICOVERY PROCEEDS.

TO DEFENDANT AND ATTORNEYS OF RECORD;
PLAINTIFF INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) AND CIVIL LOCAL RULE 16-9
PLAINTIFF RAKESH CHRISTIAN PROVIDES THESE INITIAL DISCLOSURES.
SUPPLEMENT THE DISCLOSURES AS DICOVERY PROCEEDS .

1>   RULE 26(a)(1)(A)(I) -- PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATIONS.
PLAINTIFF (RAKESH CHRISTIAN ) HAS FACTS SUFFICIENT TO SUPPORT THE CLAIMS AGAINST DEFENDANT PAC PIZZA. PLAINTIFF (RAKESH CHRISTIAN) PROVIDES THE FOLLOWING LIST OF PERSONS WHO MAY HAVE RELEVANT INFORMATIONS REGARDING PLAINTIFF(RAKESH CHRISTIAN) CLAIMS. THIS LIST IS BASED UPON CONTINOUS
DISCRIMINATIONS(RACIAL &RELIGION). WITNESS BY FOLLOW
1>BRIAN THOMPSON:C.E.O OF PAC PIZZA HAVE KNOWLEDGE ABOUT MR CHRISTIAN"s
EMPLOYMENT ,&ULTIMATE PERFORMANCES &EXTREMM HARD WORKS.
>ALSO MR TANZEER AHMED (DIRECTOR OF OPRATIONS,PAC PIZZA LLC) RELIGIOUS HARRSMENTS &MR TANZEER AHMED "S IMPROPER BEHAVIORS. WHICH MR CHRISTIAN NOTIFIED &ALSO EEOC.
>ALSO ABOUT AREA COUCH MR ALEX WALLCE HOW MR ALEX WALLACE (AREA COUCH
OF FREMONT"S AREA PAC PIZZAS ) HARRSED &THRETEND MR CHRISTIAN .
>ALSO MR TANZEER AHMED (DIRECTOR OF OPRERATIONS ,PAC PIZZA),
>CHRISTIANA STEPHAN (HUMAN RESOURCES DIRECTOR OF PAC PIZZA)
>JACQUE CLOUD (AUDIT DEPATMENT ,PAC PIZZA LLC)
>ROBERTO VALDEZ (BUSINESS OPRATIONS SPECILST ,PAC PIZZA LLC ) MAY BE INFORMED MR BRIAN THOMPSON (C.E.O) ABOUT MR ALEX WALLCE .
BECAUSE MR CHRISTIAN TOLD ABOUT MR ALEX WALLACE "S RACIST BEHAVIOR.
MR BRAIN THOMPSON CAN REACHED BY PHONE #1-800-777_0290

2>INDU SHARMA: (STORE MANAGER OF UNION CITY PIZZA HUT /PAC PIZZA STORE) HOW DIRECTOR OF OPERATIONS , PAC PIZZA ,LLC MR TANZEERR AHMED THRETENED &HARRASED MR CHRISTIAN &ALSO HUMILIDATE ,INSUSULTED &ALSO INSULTED HIS RELIGION /FAITH OF CHRISTIANITY&MR CHRISTIAN

ALSO INSULTED MR CHRISTIAN IS GOD LORD JESUS CHRIST. in Front of Indu Sharma. mg
MS. INDU SHARMA CAN REACH BY PHONE #(510)-489-8266
03> KULWANT B (DRIVER &IN TRAINING FOR S.L AT PAC PIZZA STORE AT 39010 ARGONUT WAY
IN FREMONT CA ,94538. PHONE #(510)-796-6700.
MR CHRISTIAN "S COWORKER MR KULAWANT HEARD &HOW MR ALEX WALLCE BEHAVIORS
THRTENED MR CHRISTIAN &HARRASED MR MR CHRISTIAN . WHAT RACIST BEHAVIORS MR
PAC PIZZA AREA COUCH MR ALEX WALLCE?
04>RAKESH CHRISTIAN :
PLAINTIFF MR CHRISTIAN HAS KNOWLEDGE REGARDING ALL MATTERS IN CONTROVERSY.
(11) RULE 26(a)(1)(A)(11)
COPIES/DESCRIPTIONS OF RELEVANT DOCUMENTS.
COPIES OF DOCUMENTS SUCH AS EXHIBIT;A, EXHIBIT B,EXHIBIT C,EXHIBIT D,EXHIBIT E,EXHIBITG
EXHIBIT H..
>TOTAL PAGES 001 TO +449 PAGES
WHICH ARE RELEVANT TO RACIL &RELIGIOUS DISCRIMINATIONS
CONTINUOS VICTIM OF DISCRIMINATIONS &ABUSE DONE BY PAC PIZZA (DEFENDANT)
!!!! RULE 26(a)(1)(A)(!!!)
COMPUTATION OF DAMAGES/&/OR SETTLEMENT OFFER FOR DAMAGES DONE BY PAC PIZZA
TO SOLVE IT.
1>>10MILLIONS U.S DOLLARS/&OR
2>2.5 MILLION U.S. DOLLARS&CO-OWNER OF PAC PIZZA FOR BETTER FUTURE OF
RAKESH CHRISTIAN &PACPIZZA LLC
WILL BE MOST PROPER &JUSTIFED MR CHRISTIAN FOR EMOTIONAL DISTRESS/DEPRESSION
PHYSICAL ABUSE MENTAL STRESS,ANXITY,CARRIER DISTROYED,BY PAC PIZZA &ALSO
MR CHRISTIAN HUMAN LIFE & MR CHRISTIAN FAMILY.


THANK YOU VERY MUCH FOR YOUR TIME
EXHIBITS (1TO +449PAGES OF DOCUMENTS ARE SERVED TO PAC PIZZA(DEFENDENTS WITH THESE DISCLOSURES.)
MAY GOD BLESS YOU.                    TRULY YOURS
APRIL/28/2008.                        RAKESH CHRISTIAN

**HP Photosmart 2610**
Personal Printer/Fax/Copier/Scanner

Log for
Rakesh ChriSTIAN
510537-1674
Apr 28 2008 10:33AM

**Last Transaction**

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Apr 28 | 10:33AM | Fax Sent | 14154909001 | 0:36 | 4 | OK |