Kevin S. Simon (State Bar No. 168467)
Jennifer K. Achtert (State Bar No. 197263)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, California 94111-3712
Telephone: (415) 490-9000
Facsimile: (415) 490-9001
E-mail: ksimon@laborlawyers.com
E-mail: jachtert@laborlawyers.com

Attorneys for Defendant
PAC PIZZA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAKESH CHRISTIAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAC PIZZA, LLC,<br><br>　　　　　Defendant. | Civil Action No. C 07-06224 JL<br><br>**DEFENDANT PAC PIZZA, LLC'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**  AND ORDER THEREON<br><br>Date: August 6, 2008<br>Time: 10:30 a.m.<br>Courtroom: F<br><br>Complaint filed: October 22, 2007 |

　　　The initial case management conference in this case was held on April 2, 2008. Since that date, the parties have exchanged initial disclosures, and Plaintiff Rakesh Christian's deposition commenced on July 17, 2008. No additional discovery has been propounded to date. Defendant PacPizza, LLC, intends to file a motion for summary judgment if the matter is not resolved at the settlement conference.

　　　In early May 2008, this case was set for a settlement conference before Judge Maria-Elena James on August 4, 2008. On July 23, 2008, we were advised by Judge James's clerk that the settlement conference will need to be rescheduled. The settlement conference has not yet been rescheduled, but will not likely go forward until September at the earliest.

1      Defendant believes that it may be most efficient to continue the further case
2  management conference until after the settlement conference has been concluded, and therefore
3  respectfully requests that the Court continue the hearing by 45 to 60 days, or until another date
4  after the settlement conference.

6  Dated: July 29, 2008                    FISHER & PHILLIPS LLP

8                                                          By: _____
                                                           Jennifer Achtert
9                                                          Attorneys for Defendant
                                                           PAC PIZZA, LLC

11  The Case Management Conference is continued to October 8, 2008 at 10:30 AM.

12  Dated: August 5, 2008



IT IS SO ORDERED
Judge James Larson

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of Contra Costa County. I am over the age of 18 and not a party to the within action. My business address is One Embarcadero Center, Suite 2340, San Francisco, CA 94111-3712.

On this date, I served the following document(s) on the following party(ies) in this action in accordance with Code of Civil Procedure section 1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Fisher & Phillips, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of San Francisco, California.

**DEFENDANT PAC PIZZA, LLC'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**

in said action:

✓ (by mail) on all parties in said action in accordance with Code of Civil Procedure §1013, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Fisher & Phillips, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the County of San Francisco, California.

_____ (by Federal Express) on all parties in said action by depositing a true and correct copy thereof in a sealed packet for overnight mail delivery, with charges thereon fully paid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below.

_____ (by facsimile transmission) on all parties in said action, by transmitting a true and correct copy thereof from our office facsimile machine, (415) 490-9001, to the facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

_____ (by e-mail transmission) on all parties in said action, by transmission of a true and correct copy thereof from our office to the e-mail addresses below in accordance with California Rules of Court 2.260.

_____ (by hand) on all parties in said action.

| Rakesh Christian<br>22174 Peralta Street<br>Hayward, CA 94541 | ***Plaintiff – In Pro Per***<br>Telephone: (510) 537-1674 |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 30, 2008, at San Francisco, California.

*/s/ Carol A. Ferrari*
Carol S. Ferrari

CERTIFICATE OF SERVICE