# FISHER & PHILLIPS LLP
ATTORNEYS AT LAW

www.laborlawyers.com

**San Francisco**
One Embarcadero Center
Suite 2340
San Francisco, CA 94111

(415) 490-9000 Tel
(415) 490-9001 Fax
Writer's Direct Dial:
(415) 490-9012

September 10, 2008

Writer's E-mail:
jachtert@laborlawyers.com

Hon. Maria-Elena James
U.S. District Court, Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re: *Rakesh Christian v. PacPizza, LLC*, C-07-6224 JL (MEJ)
Settlement Conference Date: October 6, 2008, 2:00 p.m.

Request for Telephonic Appearance of Insurance Carrier Representative at Settlement Conference

Dear Judge James:

This firm represents defendant PacPizza, LLC ("PacPizza") in the above-mentioned case, which is scheduled for a settlement conference on October 6, 2008. PacPizza respectfully requests that its insurance carrier's representative be permitted to be available by telephone for purposes of authorizing settlement. PacPizza is insured by Lexington Insurance Company. Lexington's representative for this matter, Senior Claims Examiner Janice Pedro, works out of Lexington's headquarters in Boston, Massachusetts. Ms. Pedro will provide PacPizza with settlement authority in advance of the settlement conference, and Ms. Pedro and/or her direct supervisor will be available by telephone throughout the settlement conference. PacPizza will be represented in person at the settlement conference by Christina Stephan, PacPizza's Director of Human Resources, and Jennifer K. Achtert of Fisher & Phillips, LLP, counsel for PacPizza in this matter.

Thank you for your consideration of this request.

Very truly yours,

Jennifer K. Achtert

JKA:csf

cc: Rakesh Christian, plaintiff pro se