Kevin S. Simon (State Bar No. 168467)
Jennifer K. Achtert (State Bar No. 197263)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, California 94111-3712
Telephone: (415) 490-9000
Facsimile: (415) 490-9001
E-mail: ksimon@laborlawyers.com
E-mail: jachtert@laborlawyers.com

Attorneys for Defendant
PAC PIZZA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAKESH CHRISTIAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PAC PIZZA, LLC,<br><br>　　　　　　Defendant. | Civil Action No. C 07-06224 JL<br><br>**DEFENDANT PAC PIZZA, LLC'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT (UPDATED)**<br><br>Date: October 8, 2008<br>Time: 10:30 a.m.<br>Courtroom: F<br><br>Complaint filed: October 22, 2007 |

　　　　The parties were able to resolve this case at the settlement conference held on October 6, 2008, before Magistrate Judge Maria-Elena James. The settlement was put on the record at the conclusion of the settlement conference. Defendant PacPizza, LLC, anticipates forwarding the settlement agreement and related documents to Plaintiff Rakesh Christian for his review this week, and anticipates that the settlement will be concluded and a stipulation for dismissal will be submitted within approximately 30 days.

　　　　Therefore, Defendant PacPizza, LLC, respectfully requests that the case management conference in this matter, scheduled for October 8, 2008, be continued by approximately 30 to

---

DEFENDANT'S FURTHER CASE MANAGEMENT CONFERENCE STATEMENT　　　　1
SanFrancisco 106646.1

45 days to permit the parties to finalize the settlement documents and submit a stipulation of dismissal.

Dated: October 7, 2008

FISHER & PHILLIPS LLP

By: _____
Jennifer Achtert
Attorneys for Defendant
PAC PIZZA, LLC

The Case Management confenrence has been continued to December 3, 2008 at 10:30 a.m.

October 8, 2008

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA